CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 26 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS F. MITCHELL, JR.,<br>Petitioner, | Civil Action No. 7:14-cv-00086 |
| v. | **FINAL ORDER** |
| HAROLD W. CLARKE,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; Petitioner's motion for judgment on the pleadings is **DENIED**; the petition for a writ of habeas corpus is **DISMISSED**; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 26th day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge