CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 30 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS F. MITCHELL, JR.,<br>Petitioner, | Civil Action No. 7:14-cv-00086 |
| v. | ORDER |
| HAROLD W. CLARKE,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

On January 26, 2015, I granted Respondent's motion to dismiss Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. More than twenty-eight days later, Petitioner filed a motion for reconsideration, asking me to vacate the dismissal order and award him relief, and a motion to amend to update citations in the motion for reconsideration.

Petitioner's motion to amend is **GRANTED**, and after reviewing the record, I find that none of the arguments in the amended motion to reconsider warrant reopening this action and awarding relief to Petitioner. To the extent Petitioner alleges that Virginia Parole Board was unlawfully biased against him, he relies on labels and conclusions not afforded deference. See, e.g., Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007). Accordingly, Petitioner's motion for reconsideration is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This 30th day of April, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge